# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**OLIVER DUNN**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-01360-LPR**

**JANIS LYNEE PARTAIN**                                                              **DEFENDANT**

## JUDGMENT

In accordance with the Order that was entered in this matter on January 6, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Oliver Dunn's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 6th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE